# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SHAWRON MORGAN, | Case No. CV 16-5110-DMG (JPR) |
|     Petitioner, | |
| v. | **J U D G M E N T** |
| DANIEL PARAMO, Warden, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 28, 2017

<u>/s/ Dolly M. Gee</u>
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE